FILED
April 14, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:      SAJ
                Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v<br><br>**JIMY STOARDO TUBIN-TUT,**<br><br>Defendant. | **4:22-CR-00253**<br><br>**INDICTMENT**<br><br>8 U.S.C. § 1326(a) Illegal Re-entry into the United States |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**[8 U.S.C. § 1326(a)]**

That on or about April 2, 2022, in the Western District of Texas, Defendant,

**JIMY STOARDO TUBIN-TUT,**

an alien, attempted to enter, entered, and was found in the United States having previously been denied admission, excluded, deported, and removed from the United States on or about June 7, 2019, and that the Defendant had not received the consent of the Attorney General of the United States and the Secretary of the Department of Homeland Security, to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

ASHLEY C. HOFF
UNITED STATES ATTORNEY

BY: _[signature]_ David Dunnavka for
_____
LANCE KENNEDY
ASSISTANT UNITED STATES ATTORNEY